UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **ASHLEY CASEY** | § | |
| | § | |
|     **Plaintiff,** | § | |
| **v.** | § | |
| | § | Civil Action No. 2:17-cv-12 |
| **#FB-APJR MANAGEMENT, LLC** | § | |
| **and** | § | |
| **AARON PINEDA, Individually** | § | **JURY DEMANDED** |
| | § | |
|     **Defendants** | § | |

### JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff ASHLEY CASEY and Defendants #FB-APJR MANAGEMENT, LLC and AARON PINEDA, Individually, and file this their Joint Notice of Settlement as follows:

I.

The parties wish to inform the Court that they have resolved their differences and request fourteen days within which to file their Agreed Judgment for the Court's consideration.

Respectfully submitted,

| | |
|---|---|
| */s/ David G. Langenfeld* | */s/ Andrew M. Greenwell* |
| David G. Langenfeld | Andrew M. Greenwell |
| Attorney in Charge | Attorney in Charge |
| Texas SBN:   11911325 | Texas SBN:   000784170 |
| Fed. ID No. 15878 | Fed ID No. 15456 |
| LEICHTER LAW FIRM, PC | HARRIS & GREENWELL |
| 1602 East 7th Street | 800 North Shoreline — 2800-S |
| Austin, Texas  78702 | Corpus Christi, Texas 78401 |
| (512) 495-9995 | (361) 883-1946 |
| david@leichterlaw.com | agreenwell@harris-greenwell.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on October 20, 2017, I filed the foregoing with the Court and that all counsel of record have been served via the Court's electronic case filing system.

*/s/ David G. Langenfeld*
**David G. Langenfeld**