UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ASHLEY CASEY | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | |
| | § | Civil Action No. 2:17-cv-12 |
| #FB-APJR MANAGEMENT, LLC | § | |
| and | § | |
| AARON PINEDA, Individually | § | JURY DEMANDED |
| | § | |
| **Defendants** | § | |

## AGREED JUDGMENT

The attorneys for Plaintiff and Defendants announced to the Court that Plaintiff and Defendants have entered into a Settlement Agreement and have agreed that judgment should be rendered for Plaintiff as requested.

The Court has considered the pleadings and records on file in this cause and the evidence and is of the opinion that judgment should be rendered for Plaintiff as agreed.

It is accordingly ADJUDGED that Ashley Casey, Plaintiff, recover from Aaron Pineda, Individually, and #FB-APJR Management, LLC, Defendants, jointly and severally, judgment for $26,000.00 as the principal amount due; and interest at the rate of 1.31% per year on the total judgment from the date of judgment until paid.

It is ORDERED that Plaintiff shall have all writs of execution and other process necessary to enforce this judgment.

This judgment finally disposes of all parties and all claims and is appealable.

Signed and entered this _____ day of _____, 2017.

_____
HON. HILDA TAGLE
SENIOR UNITED STATES DISTRICT JUDGE


APPROVED AS TO FORM AND SUBSTANCE:

*/s/ David G. Langenfeld*
David G. Langenfeld
Attorney in Charge
Texas SBN:    11911325
Fed. ID No. 15878
LEICHTER LAW FIRM, PC
1602 East 7th Street
Austin, Texas  78702
(512) 495-9995
david@leichterlaw.com
ATTORNEY FOR PLAINTIFF

*/s/ Andrew M. Greenwell*
Andrew M. Greenwell
Attorney in Charge
Texas SBN:    000784170
Fed ID No. 15456
HARRIS & GREENWELL
800 North Shoreline — 2800-S
Corpus Christi, Texas 78401
(361) 883-1946
agreenwell@harris-greenwell.com
ATTORNEY FOR DEFENDANTS