United States District Court
Southern District of Texas
**ENTERED**
November 13, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ASHLEY CASEY, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL NO. 2:17-CV-00012 |
| #FB-APJR MANAGEMENT, LLC, *et al*, | § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

The Court is in receipt of Parties' proposed Agreed Judgment. Dkt. No. 22. In accordance with the proposed judgment, the Court **ADJUDGES**:

that Ashley Casey, Plaintiff, recover from Aaron Pineda, Individually, and #FB-APJR Management, LLC, Defendants, jointly and severally, judgment for $26,000.00 as the principal amount due; and interest at the rate of 1.31% per year on the total judgment from the date of judgment until paid.

*Id.*

The Court **ORDERS** that Plaintiff "shall have all writs of execution and other process necessary to enforce this judgment." *Id*. This judgment "finally disposes of all parties and all claims and is appealable." *Id*. The Court **DIRECTS** the Clerk of the Court to close this case.

SIGNED this 13th day of November, 2017.

_____
Hilda Tagle
Senior United States District Judge